IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS,<br>    Plaintiff,<br>    v.<br>GREGORY A. STRANGER,<br>    Defendant.         / | No. CV 09-04127 CRB<br>**ORDER** |

    Plaintiff Elizabeth B. Ross sued Defendant Gregory A. Stranger in state court in June 2008. That action was removed to this court later that same month, but remanded when Plaintiff filed a motion to dismiss her federal cause of action, a federal securities claim. Following remand, Plaintiff filed a series of amended complaints; her fifth was in August 2009. Defendant has now removed again, alleging that the fifth amended complaint raises a federal question. Specifically, the notice of removal asserts that Paragraph 100 "arises under the Securities Act of 1934, 15 U.S.C. § 78, *et seq*."

    A district court may, and indeed, should sua sponte raise the issue of subject matter jurisdiction if there is a question. See Galt G/S v. Hapag-Lloyd A.G., 60 F.3d 1370, 1373 (9th Cir. 1995). The Court notes that Paragraph 100 of Plaintiff's fifth amended complaint falls under the heading "Violation of State Securities Laws." That paragraph alleges that Defendants "refused to . . . meet the requirements of all California securities laws, which incorporate the Federal Securities Acts and laws." Such language does not make it

immediately clear to the Court whether Plaintiff seeks to avail herself of the federal securities laws.

Accordingly, Plaintiff is ordered to submit a brief of no more than five (5) pages to this Court within fourteen (14) days of this Order stating clearly whether she is availing herself of the federal securities laws, or raising any other federal question.

**IT IS SO ORDERED.**

Dated: September 9, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE