**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS, | No. CV 09-04127 CRB |
| Plaintiff, | **AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| v. | |
| GREGORY A. STRANGER, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above captioned case is referred to Magistrate Judge Bernard Zimmerman sua sponte for the purpose of determining whether it is related to Northern District Case No. CV 08-3106 BZ

**IT IS SO ORDERED.**

Dated: October 2, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4127\2nd order referring to BZ.wpd