UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROSS,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GREGORY A. STRANGER, et al.,<br><br>        Defendant(s). | No. C09-4127 BZ<br><br>**BRIEFING ORDER** |

Having received defendant Plaintiff's motion to remand, **IT IS THEREFORE ORDERED** as follows:

    1.  Any opposition to the motion shall be filed by **October 16, 2009.** Any reply shall be filed by **October 23, 2009**.

    2.  The motion will be heard on **November 18, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    3.  By no later than **October 16, 2009**, each party shall consent to or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction

1

may be found on the court's website at:

http://www.cand.uscourts.gov

Dated: October 8, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ROSS V. STRANGER, et al\BRIEFING ORDER.FINAL VERSION.wpd