# McCORMICK LAW FIRM

A PROFESSIONAL CORPORATION
21-C ORINDA WAY, #203
ORINDA, CA 94563
TEL: 925-253-3700
FAX: 925-254-4174
WWW.MCCORMICKBUSINESS.COM

THOMAS T. MCCORMICK
TOM@MCCORMICKBUSINESS.COM

October 29, 2009

Hon. Bernard Zimmerman, Magistrate
Courtroom G, 15th Floor
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: <u>Ross v. Stranger, et al.,</u>
Case No.: CV 09-04127 BZ

Dear Judge Zimmerman:

This is to inform you that on September 19, 2009 I had a bicycle accident that required me to spend seven days in John Muir Hospital with four days in the intensive care unit, during which I had an operation to repair my shoulder. On October 22, 2009, I was readmitted to the hospital for another operation on my shoulder. I have been recovering and have not been able to fully attend to work. I tell you this because I plan to file a reply to defendant Stranger's opposition to plaintiff's motion for remand and expect to have it filed my tomorrow, October 30, 2009.

I apologize for the delay, but it could not be helped.

Very truly yours,

Thomas T. McCormick

Cc: Jason Wolford

**GRANTED**
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA